UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELVIN RENALDO ARNOLD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-01235-LCB-HNJ |
| ) | |
| ATTORNEY GENERAL STATE OF ) ALABAMA, et al., ) | |
| ) | |
| Respondents. | |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 32) on January 11, 2024, recommending that the court **DENY** petitioner Kelvin Renaldo Arnold's ("Arnold") § 2254 petition and **DISMISS** his claims **WITHOUT PREJUDICE** as **MOOT**. The Magistrate Judge further concluded Arnold's claims warranted dismissal without prejudice for his failure to exhaust his state-court remedies. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Arnold's § 2254 petition is due to be **DENIED** and his claims are due to be **DISMISSED WITHOUT PREJUDICE** as moot.  In the alternative, Arnold's claims are due to be

**DISMISSED WITHOUT PREJUDICE** for his failure to exhaust his state-court remedies. A final judgment will be entered.

**DONE** and **ORDERED** this February 8, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE